Form CGFI14  (12/1/09)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Adversary Number:** 13–01830–RBR

**Case Number:**  13–32195–RBR

In re:

**Name of Debtor(s):**  NNN Aventura Harbour Centre, LLC

–––––––––––––––––––––––––––––––––––––––––––––––––– /

**NNN Aventura Harbour Centre, LLC**

Plaintiff(s)

**VS.**

**NNN Aventura Harbour Centre 1, LLC, C–III Asset Managemen, LLC, as Special Servicer of Wells Fargo Bank, NNN Aventura Habour Centre 2, LLC, NNN Aventura Harbour Centre 3, LLC, NNN Aventura Harbour Centre 4, LLC,, NNN Aventura Harbour Centre 5, LLC,, NNN Aventura Harbour Centre 6, LLC, NNN Aventura Harbour Centre 7, LLC, NNN Aventura Harbour Centre 8, LLC, NNN Aventura Harbour Centre 9, LLC, NNN Aventura Harbour Centre 10, LLC, NNN Aventura Harbour Centre 11, LLC, NNN Aventura Harbour Centre 12, LLC, NNN Aventura Harbour Centre 13, LLC, NNN Aventura Harbour Centre 14, LLC, NNN Aventura Harbour Centre 15, LLC, NNN Aventura Harbour Centre 16, LLC, NNN Aventura Harbour Centre 17, LLC, NNN Aventura Harbour Centre 18, LLC, NNN Aventura Harbour Centre 19, LLC, NNN Aventura Harbour Centre 20, LLC, NNN Aventura Harbour Centre 21, LLC, NNN Aventura Harbour Centre 22, LLC, NNN Aventura Harbour Centre 23, LLC, NNN Aventura Harbour Centre 24, LLC, NNN Aventura Harbour Centre 25, LLC, NNN Aventura Harbour Centre 26, LLC, NNN Aventura Harbour Centre 27, LLC, NNN Aventura Harbour Centre 28, LLC, NNN Aventura Harbour Centre 29, LLC, NNN Aventura Harbour Centre 30, LLC, NNN Aventura Harbour Centre 31, LLC, NNN Aventura Harbour Centre 33, LLC, NNN Aventura Harbour Centre 34, LLC and NNN Aventura Harbour Centre 32**

Defendant(s)
–––––––––––––––––––––––––––––––––––––––––––––––––/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

## *Page 1 of 3*

## PRETRIAL CONFERENCE INFORMATION:

Date: **January 14, 2014**

Time: **09:30 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Sandra Manboard
Deputy Clerk

**Dated:** <u>November 19, 2013</u>

*Page 2 of 3*

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐    Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to

the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

| Print Name: | | |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |

**_Page 3 of 3_**