UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 13-32195-RBR

NNN Aventura Harbour                                            Chapter 11
Centre, LLC,

      Debtor.
_____/

NNN Aventura Harbour                                            Adv. Pro. No. 13-01830-RBR
Centre, LLC,

      Plaintiff,
v.

NNN Aventura Harbour Centre 1, LLC, NNN Aventura Harbour Centre 2, LLC,
NNN Aventura Harbour Centre 3, LLC, NNN Aventura Harbour Centre 4, LLC,
NNN Aventura Harbour Centre 5, LLC, NNN Aventura Harbour Centre 6, LLC,
NNN Aventura Harbour Centre 7, LLC, NNN Aventura Harbour Centre 8, LLC,
NNN Aventura Harbour Centre 9, LLC, NNN Aventura Harbour Centre 10, LLC,
NNN Aventura Harbour Centre 11, LLC, NNN Aventura Harbour Centre 12, LLC,
NNN Aventura Harbour Centre 13, LLC, NNN Aventura Harbour Centre 14, LLC,
NNN Aventura Harbour Centre 15, LLC, NNN Aventura Harbour Centre 16, LLC,
NNN Aventura Harbour Centre 17, LLC, NNN Aventura Harbour Centre 18, LLC,
NNN Aventura Harbour Centre 19, LLC, NNN Aventura Harbour Centre 20, LLC,
NNN Aventura Harbour Centre 21, LLC, NNN Aventura Harbour Centre 22, LLC,
NNN Aventura Harbour Centre 23, LLC, NNN Aventura Harbour Centre 24, LLC,
NNN Aventura Harbour Centre 25, LLC, NNN Aventura Harbour Centre 26, LLC,
NNN Aventura Harbour Centre 27, LLC, NNN Aventura Harbour Centre 28,, LLC,
NNN Aventura Harbour Centre 31, LLC, NNN Aventura Harbour Centre 32, LLC,
NNN Aventura Harbour Centre 33, LLC, NNN Aventura Harbour Centre 34, LLC, and
C-III Asset Management LLC, a Delaware LLC, as Special Servicer for Wells Fargo Bank, N.A.,
as Trustee for Morgan Stanley Capital 1 Inc., Commercial Mortgage Pass-Through Certificates,
Series 2006-IQ12,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I, Thomas M. Messana, Esq., certify that service of the *Complaint to Compel Sale of Property Pursuant to §363(b), (h)* (ECF No. 1); *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* (ECF No. 2); and *Order Setting Filing and Disclosure Requirements for*

1

*Pretrial and Trial* (ECF No. 3) was made November 21, 2013 by certified mail service (first class United States mail, postage fully pre-paid) addressed to those persons on the attached service list.

Respectfully submitted this 21st day of November, 2013.

        MESSANA, P.A.
        *Counsel for Debtor*
        401 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone: (954) 712-7400
        Facsimile: (954) 712-7401
        Email: tmessana@messana-law.com

        /s/ Thomas M. Messana
        Thomas M. Messana, Esq.
        Florida Bar No. 991422
        Brett D. Lieberman, Esq.
        Florida Bar No. 69583

C-III Asset Management, LLC
As Special Servicer for Wells Fargo Bank, N.A., as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-through Certificates, Series 2006-IQ12
c/o Denise D. Dell-Powell, Esq.
and Michael A. Nardella, Esq.
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801
Certified Mail Receipt No. 70121010000241202247

C-III Asset Management, LLC as Special Servicer for Wells Fargo Bank
c/o Roetzel & Andress, P.A.
420 South Orange Avenue
7th Floor
Orlando, FL  32801
Certified Mail Receipt No. 70121010000241202230

NNN Aventura Harbour Centre 1, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202223

NNN Aventura Harbour Centre 10, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202216

NNN Aventura Harbour Centre 11, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202209

NNN Aventura Harbour Centre 12, LLC
48 Market Street
Suite 250
Salt Lake City, UT  84101-2147
Certified Mail Receipt No. 70121010000241202193

NNN Aventura Harbour Centre 13, LLC
8639 Royalbrook Court
Dallas, TX  75243-7114
Certified Mail Receipt No. 70121010000241202186

NNN Aventura Harbour Centre 14, LLC
418 Pier Avenue
Suite 104
Santa Monica, CA  90405-5539
Certified Mail Receipt No. 70121010000241202179

NNN Aventura Harbour Centre 15, LLC
1057 Sea Hawk Lane
Sanibel, FL  33957-6927
Certified Mail Receipt No. 70121010000241202162

NNN Aventura Harbour Centre 16, LLC
c/o Ralph Moffat
c/o Willowbrook Apts. Ltd. Co.
P.O. Box 17653
Holladay, UT  84117
Certified Mail Receipt No. 70121010000241202155

NNN Aventura Harbour Centre 17, LLC
3 Farm Road
Ardsley, NY  10502-1425
Certified Mail Receipt No. 70121010000241202148

NNN Aventura Harbour Centre 18, LLC
7 Penn Plaza
Suite 914
New York, NY  10001
Certified Mail Receipt No. 70121010000241202131

NNN Aventura Harbour Centre 19, LLC
7 Penn Plaza
Suite 914
New York, NY  10001
Certified Mail Receipt No. 70121010000241202124

NNN Aventura Harbour Centre 20, LLC
7 Penn Plaza
Suite 914
New York, NY  10001
Certified Mail Receipt No. 70121010000241202117

NNN Aventura Harbour Centre 2, LLC
910 Gilpin Avenue
Wilmington, DE  19806-3211
Certified Mail Receipt No. 70121010000241202100

NNN Aventura Harbour Centre 21, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202094

NNN Aventura Harbour Centre 22, LLC
5300 Gulf Boulevard
Saint Petersburg, FL  33706-2319
Certified Mail Receipt No. 70121010000241202087

NNN Aventura Harbour Centre 23, LLC
150 South Bowie Street
Jasper, TX  75951-4404
Certified Mail Receipt No. 70121010000241202070

NNN Aventura Harbour Centre 24, LLC
3843 Devonshire Drive
Salisburg, MD  21804-2516
Certified Mail Receipt No. 70121010000241202063

NNN Aventura Harbour Centre 25, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202056

NNN Aventura Harbour Centre 26, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202049

NNN Aventura Harbour Centre 27, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202032

NNN Aventura Harbour Centre 28, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202025

NNN Aventura Harbour Centre 3, LLC
267 Golden Hind Passage
Corte Madera, CA  94925-1953
Certified Mail Receipt No. 70121010000241202018

NNN Aventura Harbour Centre 31, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241202001

NNN Aventura Harbour Centre 32, LLC
11840 Upland Way
Cupertino, CA  95014-5106
Certified Mail Receipt No. 70121010000241201998

NNN Aventura Harbour Centre 33, LLC
c/o Registered Agent
NRAI Services, Inc.
1200 South Pine Island Road, Suite 250
Plantation, FL  33324
Certified Mail Receipt No. 70121010000241201981

NNN Aventura Harbour Centre 34, LLC
1591 Tedmar
Anaheim, CA  92802-1340
Certified Mail Receipt No. 70121010000241201974

| | |
|---|---|
| NNN Aventura Harbour Centre 4, LLC<br>c/o Registered Agent<br>NRAI Services, Inc.<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL  33324<br>Certified Mail Receipt No. 70121010000241201967 | NNN Aventura Harbour Centre 5, LLC<br>c/o Registered Agent<br>NRAI Services, Inc.<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL  33324<br>Certified Mail Receipt No. 70121010000241201950 |
| NNN Aventura Harbour Centre 6, LLC<br>c/o Uyger Family, L.P.<br>23 Main Street<br>Eatontown, NJ  07724-3491<br>Certified Mail Receipt No. 70121010000241201943 | NNN Aventura Harbour Centre 7, LLC<br>c/o Registered Agent<br>NRAI Services, Inc.<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL  33324<br>Certified Mail Receipt No. 70121010000241201936 |
| NNN Aventura Harbour Centre 8, LLC<br>Post Office Box 217<br>Sharon Center, OH  44274-0217<br>Certified Mail Receipt No. 70121010000241201929 | NNN Aventura Harbour Centre 9, LLC<br>14035 Clear Water Lane<br>Fort Myers, FL  33907-8097<br>Certified Mail Receipt No. 70121010000241202254 |
| NNN Aventura Harbour Centre 9, LLC<br>c/o Cynthia L. Affronti<br>14002 N. 20th Street<br>Phoenix, AR  85022<br>Certified Mail Receipt No. 70121010000241202261 | NNN Aventura Harbour Centre 9, LLC<br>c/o Denise R. Baldridge, c/o Registered Agent<br>NRAI Services, Inc.<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL  33324<br>Certified Mail Receipt No. 70121010000241202278 |
| NNN Aventura Harbour Centre 9, LLC<br>c/o David G. Herting<br>217-1/2 N. Bentono Street<br>Woodstock, IL  60098<br>Certified Mail Receipt No. 70121010000241202285 | NNN Aventura Harbour Centre 9, LLC<br>c/o Robert W. Herting, c/o Registered Agent<br>NRAI Services, Inc.<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL  33324<br>Certified Mail Receipt No. 70121010000241202292 |
| NNN Aventura Harbour Centre 9, LLC<br>c/o Karen M. Navlyt<br>1639 Walnut Drive<br>Woodstock, IL  60098<br>Certified Mail Receipt No. 70121010000241202308 | NNN Aventura Harbour Centre 9, LLC<br>c/o Deborah A. Powers<br>W8693 Hale Road<br>Browntown, WI  53522<br>Certified Mail Receipt No. 70121010000241202315 |