UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 13-32195-RBR |
| NNN Aventura Harbour Centre, LLC, | Chapter 11 |
| Debtor, | |
| _____/ | |
| NNN Aventura Harbour Centre, LLC, | Adv. Case No. 13-01830-RBR |
| Plaintiff, | |
| v. | |

NNN Aventura Harbour Centre 1, LLC,
NNN Aventura Harbour Centre 2, LLC,
NNN Aventura Harbour Centre 3, LLC,
NNN Aventura Harbour Centre 4, LLC,
NNN Aventura Harbour Centre 5, LLC,
NNN Aventura Harbour Centre 6, LLC,
NNN Aventura Harbour Centre 7, LLC,
NNN Aventura Harbour Centre 8, LLC,
NNN Aventura Harbour Centre 9, LLC,
NNN Aventura Harbour Centre 10, LLC,
NNN Aventura Harbour Centre 11, LLC,
NNN Aventura Harbour Centre 12, LLC,
NNN Aventura Harbour Centre 13, LLC,
NNN Aventura Harbour Centre 14, LLC,
NNN Aventura Harbour Centre 15, LLC,
NNN Aventura Harbour Centre 16, LLC,
NNN Aventura Harbour Centre 17, LLC,
NNN Aventura Harbour Centre 18, LLC,
NNN Aventura Harbour Centre 19, LLC,
NNN Aventura Harbour Centre 20, LLC,
NNN Aventura Harbour Centre 21, LLC,
NNN Aventura Harbour Centre 22, LLC,
NNN Aventura Harbour Centre 23, LLC,
NNN Aventura Harbour Centre 24, LLC,
NNN Aventura Harbour Centre 25, LLC,

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/5495/5495-2/01369412.DOCX.}

NNN Aventura Harbour Centre 26, LLC,
NNN Aventura Harbour Centre 27, LLC,
NNN Aventura Harbour Centre 28, LLC,
NNN Aventura Harbour Centre 31, LLC,
NNN Aventura Harbour Centre 32, LLC,
NNN Aventura Harbour Centre 33, LLC,
NNN Aventura Harbour Centre 34, LLC, and
C-III Asset Management LLC, a Delaware LLC,
as Special Servicer for Wells Fargo Bank, N.A.,
as Trustee for Morgan Stanley Capital 1 Inc.,
Commercial Mortgage Pass-Through Certificates,
Series 2006-IQ12,

    Defendants.
_____ /

## UNOPPOSED *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES REQUIRED BY RULE 26(a)(1)

NNN Aventura Harbour Centre 1, LLC, NNN Aventura Harbour Centre 3, LLC, NNN Aventura Harbour Centre 4, NNN Aventura Harbour Centre 5, LLC, NNN Aventura Harbour Centre 6, LLC, NNN Aventura Harbour Centre 7, LLC, NNN Aventura Harbour Centre 8, LLC, NNN Aventura Harbour Centre 10, LLC, NNN Aventura Harbour Centre 11, LLC, NNN Aventura Harbour Centre 12, LLC, NNN Aventura Harbour Centre 13, LLC, NNN Aventura Harbour Centre 15, LLC, NNN Aventura Harbour Centre 17, LLC, NNN Aventura Harbour Centre 22, LLC, NNN Aventura Harbour Centre 23, LLC, NNN Aventura Harbour Centre 24, LLC, NNN Aventura Harbour Centre 25, LLC, NNN Aventura Harbour Centre 26, LLC, NNN Aventura Harbour Centre 27, LLC, NNN Aventura Harbour Centre 28, LLC, NNN Aventura Harbour Centre 31, LLC, NNN Aventura Harbour Centre 32, LLC and NNN Aventura Harbour Centre 33, LLC (the **"Defendants"**), by and through undersigned counsel and pursuant to the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3] requests that this Court enter an Order extending the deadline by which the Defendants must file initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P ("*Initial Disclosures Deadline*").  In support, the Defendants state the following:

1. On November 18, 2013, the Plaintiff filed the above styled adversary proceeding (the "***Adversary Proceeding***").

2. The Court entered the Order Setting Filing and Disclosure Requirements for Pretrial and Trial on November 19, 2013 (the "***Pretrial Order***") [ECF No. 3].

3. Pursuant the Pretrial Order, the Initial Disclosures Deadline is December 16, 2013. Additionally, the Pretrial Order states that continuances of any deadlines set forth in the Pretrial Order must be requested by written motion. *See Pretrial Order No. 16.*

4. The Defendants request a brief extension of 21 days, through and including Monday, January 6, 2014, to file their Rule 26(a)(1) initial disclosures.

5. Such relief will not affect the other deadlines set forth in the Pretrial Order. This request is made in good faith and not for the purpose of delay. Accordingly, the Defendants believe approval of such relief is in the best interests of the Debtor's estate, its creditors, and all interested parties.

6. The Plaintiff, through counsel, does not oppose the relief sought in this Motion.

**WHEREFORE**, the Defendants respectfully request that this Court enter an Order (similar in form to the Order attached as <u>Exhibit 1</u>) (i) continuing the Initial Disclosures Deadline for a period of 21 days and (ii) granting such further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on December 16, 2013, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon the parties listed below.

  Dated:  December 16, 2013.

               s/ James C. Moon
              James C. Moon, Esquire
              Florida Bar No. 938211
              jmoon@melandrussin.com
              MELAND RUSSIN & BUDWICK, P.A.
              3200 Southeast Financial Center
              200 South Biscayne Boulevard
              Miami, Florida  33131
              Telephone: (305) 358-6363
              Telecopy: (305) 358-1221

              Attorneys for Defendants

**Service List**

# Mailing Information for Case 13-01830-RBR

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Brett D Lieberman     blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net
- Thomas M. Messana     tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Bradley S Shraiberg     bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.: 13-32195-RBR

NNN Aventura Harbour                                       Chapter 11
Centre, LLC,

      Debtor,

_____/

NNN Aventura Harbour                                       Adv. Case No. 13-01830-RBR
Centre, LLC,

      Plaintiff,

v.

NNN Aventura Harbour Centre 1, LLC,
NNN Aventura Harbour Centre 2, LLC,
NNN Aventura Harbour Centre 3, LLC,
NNN Aventura Harbour Centre 4, LLC,
NNN Aventura Harbour Centre 5, LLC,
NNN Aventura Harbour Centre 6, LLC,
NNN Aventura Harbour Centre 7, LLC,
NNN Aventura Harbour Centre 8, LLC,

1

**EXHIBIT 1**

NNN Aventura Harbour Centre 9, LLC,
NNN Aventura Harbour Centre 10, LLC,
NNN Aventura Harbour Centre 11, LLC,
NNN Aventura Harbour Centre 12, LLC,
NNN Aventura Harbour Centre 13, LLC,
NNN Aventura Harbour Centre 14, LLC,
NNN Aventura Harbour Centre 15, LLC,
NNN Aventura Harbour Centre 16, LLC,
NNN Aventura Harbour Centre 17, LLC,
NNN Aventura Harbour Centre 18, LLC,
NNN Aventura Harbour Centre 19, LLC,
NNN Aventura Harbour Centre 20, LLC,
NNN Aventura Harbour Centre 21, LLC,
NNN Aventura Harbour Centre 22, LLC,
NNN Aventura Harbour Centre 23, LLC,
NNN Aventura Harbour Centre 24, LLC,
NNN Aventura Harbour Centre 25, LLC,
NNN Aventura Harbour Centre 26, LLC,
NNN Aventura Harbour Centre 27, LLC,
NNN Aventura Harbour Centre 28, LLC,
NNN Aventura Harbour Centre 31, LLC,
NNN Aventura Harbour Centre 32, LLC,
NNN Aventura Harbour Centre 33, LLC,
NNN Aventura Harbour Centre 34, LLC, and
C-III Asset Management LLC, a Delaware LLC,
as Special Servicer for Wells Fargo Bank, N.A.,
as Trustee for Morgan Stanley Capital 1 Inc.,
Commercial Mortgage Pass-Through Certificates,
Series 2006-IQ12,

     Defendants.
_____/

## ORDER GRANTING UNOPPOSED *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES REQUIRED BY RULE 26(a)(1)

**THIS MATTER** came before the court on an *ex parte* basis upon the Unopposed *Ex Parte* Motion to Extend Deadline to File Initial Disclosures Required by Rule 26(a)(1) [ECF No. ____] (the "*Motion*"). The Court having considered the Motion, noting that Plaintiff, through counsel does not oppose the Motion, and being otherwise fully advised in the premises, it is:

     **ORDERED** as follows**:**

**EXHIBIT 1**

1. The Defendants[1] shall have until January 6, 2014, to file with the Court its initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P.

### 

**Submitted By:**
James C. Moon, Esquire
Florida Bar Number: 938211
jmoon@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Defendants
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

**EXHIBIT 1**