UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-32195-RBR |
| NNN Aventura Harbour Centre, LLC, | Chapter 11 |
|     Debtor._____/ | |
| NNN Aventura Harbour Centre, LLC, | Adv. Pro. No. 13−01830−RBR |
|     Plaintiff,<br>v. | |

NNN Aventura Harbour Centre 1, LLC,
NNN Aventura Harbour Centre 2, LLC,
NNN Aventura Harbour Centre 3, LLC,
NNN Aventura Harbour Centre 4, LLC,
NNN Aventura Harbour Centre 5, LLC,
NNN Aventura Harbour Centre 6, LLC,
NNN Aventura Harbour Centre 7, LLC,
NNN Aventura Harbour Centre 8, LLC,
NNN Aventura Harbour Centre 9, LLC,
NNN Aventura Harbour Centre 10, LLC,
NNN Aventura Harbour Centre 11, LLC,
NNN Aventura Harbour Centre 12, LLC,
NNN Aventura Harbour Centre 13, LLC,
NNN Aventura Harbour Centre 14, LLC,
NNN Aventura Harbour Centre 15, LLC,
NNN Aventura Harbour Centre 16, LLC,
NNN Aventura Harbour Centre 17, LLC,
NNN Aventura Harbour Centre 18, LLC,
NNN Aventura Harbour Centre 19, LLC,
NNN Aventura Harbour Centre 20, LLC,
NNN Aventura Harbour Centre 21, LLC,
NNN Aventura Harbour Centre 22, LLC,
NNN Aventura Harbour Centre 23, LLC,
NNN Aventura Harbour Centre 24, LLC,
NNN Aventura Harbour Centre 25, LLC,
NNN Aventura Harbour Centre 26, LLC,
NNN Aventura Harbour Centre 27, LLC,

NNN Aventura Harbour Centre 28, LLC,
NNN Aventura Harbour Centre 31, LLC,
NNN Aventura Harbour Centre 32, LLC,
NNN Aventura Harbour Centre 33, LLC,
NNN Aventura Harbour Centre 34, LLC, and
C-III Asset Management LLC, a Delaware LLC,
as Special Servicer for Wells Fargo Bank, N.A.,
as Trustee for Morgan Stanley Capital 1 Inc.,
Commercial Mortgage Pass-Through Certificates,
Series 2006-IQ12,

    Defendants.
_____/

## PLAINTIFF'S INITIAL DISCLOSURES[1]

Plaintiff, NNN Aventura Harbour Centre, LLC (the "Debtor" or "Plaintiff"), the Debtor and Debtor-in-Possession in the above captioned Main Case, through undersigned counsel respectfully submits these initial disclosures pursuant to Fed. R. Civ. P. 26(a), and states:

**I. Witness Names and Addresses**

    A.  Todd Mikles
        i.  Address - 750 B Street, Suite 2620
            San Diego, California 92101

        ii.  Telephone - 619-294-8989

    B.  Witnesses listed by another party.

**II. Documents Disclosure**

    A.  The Tenants in Common Agreement

    B.  The Property Management Agreement

    C.  The Original Note

    D.  The Loan Documents

    E.  The Security Instruments
    F.  The 2nd Modification

---

[1] Terms not defined herein shall have the meaning ascribed to them in Plaintiff's Complaint (ECF No. 1).

    G. Documents related to the Capital Calls

    H. The Property's financial documents

    I. Documents obtained through discovery

    J. Documents listed by another party

**III. Damages Disclosure**: N/A.

**IV. Insurance Disclosure**: N/A

    Respectfully submitted this December 16, 2013.

        MESSANA, P.A.
        *Counsel for Debtor*
        401 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone:  (954) 712-7400
        Facsimile:   (954) 712-7401
        Email:  blieberman@messana-law.com

        /s/ Brett D. Lieberman
        Thomas M. Messana, Esq.
        Florida Bar No. 991422
        Brett D. Lieberman, Esq.
        Florida Bar No. 69583