

**ORDERED in the Southern District of Florida on December 17, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 13-32195-RBR |
| NNN Aventura Harbour Centre, LLC, | Chapter 11 |
|     Debtor, | |
| _____/ | |
| NNN Aventura Harbour Centre, LLC, | Adv. Case No. 13-01830-RBR |
|     Plaintiff, | |
| v. | |
| NNN Aventura Harbour Centre 1, LLC, NNN Aventura Harbour Centre 2, LLC, NNN Aventura Harbour Centre 3, LLC, NNN Aventura Harbour Centre 4, LLC, NNN Aventura Harbour Centre 5, LLC, NNN Aventura Harbour Centre 6, LLC, NNN Aventura Harbour Centre 7, LLC, NNN Aventura Harbour Centre 8, LLC, | |

1

NNN Aventura Harbour Centre 9, LLC,
NNN Aventura Harbour Centre 10, LLC,
NNN Aventura Harbour Centre 11, LLC,
NNN Aventura Harbour Centre 12, LLC,
NNN Aventura Harbour Centre 13, LLC,
NNN Aventura Harbour Centre 14, LLC,
NNN Aventura Harbour Centre 15, LLC,
NNN Aventura Harbour Centre 16, LLC,
NNN Aventura Harbour Centre 17, LLC,
NNN Aventura Harbour Centre 18, LLC,
NNN Aventura Harbour Centre 19, LLC,
NNN Aventura Harbour Centre 20, LLC,
NNN Aventura Harbour Centre 21, LLC,
NNN Aventura Harbour Centre 22, LLC,
NNN Aventura Harbour Centre 23, LLC,
NNN Aventura Harbour Centre 24, LLC,
NNN Aventura Harbour Centre 25, LLC,
NNN Aventura Harbour Centre 26, LLC,
NNN Aventura Harbour Centre 27, LLC,
NNN Aventura Harbour Centre 28, LLC,
NNN Aventura Harbour Centre 31, LLC,
NNN Aventura Harbour Centre 32, LLC,
NNN Aventura Harbour Centre 33, LLC,
NNN Aventura Harbour Centre 34, LLC, and
C-III Asset Management LLC, a Delaware LLC,
as Special Servicer for Wells Fargo Bank, N.A.,
as Trustee for Morgan Stanley Capital 1 Inc.,
Commercial Mortgage Pass-Through Certificates,
Series 2006-IQ12,

     Defendants.
_____/

## ORDER GRANTING UNOPPOSED *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES REQUIRED BY RULE 26(a)(1)

**THIS MATTER** came before the court on an *ex parte* basis upon the Unopposed *Ex Parte* Motion to Extend Deadline to File Initial Disclosures Required by Rule 26(a)(1) [ECF No. 6] (the "*Motion*"). The Court having considered the Motion, noting that Plaintiff, through counsel does not oppose the Motion, and being otherwise fully advised in the premises, it is:

**ORDERED** as follows**:**

1. The Defendants[1] shall have until January 6, 2014, to file with the Court its initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P.

### 

**Submitted By:**
James C. Moon, Esquire
Florida Bar Number: 938211
jmoon@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Defendants
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:         (305) 358-1221

**Copies Furnished To:**
James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.