

**ORDERED in the Southern District of Florida on February 3, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

NNN AVENTURA HARBOUR
CENTRE, LLC,                                    Case No. 13-32195-BK-RBR

     Debtor.                                    Chapter 11
_____/

NNN AVENTURA HARBOUR
CENTRE, LLC,                                    Adv. Pro. No. 13-1830-RBR

     Plaintiff,
v.

NNN AVENTURA HARBOUR
CENTRE 1, LLC, et al.,

     Defendants.
_____/

<u>**ORDER CONTINUING PRETRIAL CONFERENCE**</u>

     **THIS MATTER** came before the Court without a hearing on February 3, 2014, and after

the Court having reviewed the case file, and being otherwise fully advised, it is

**ORDERED** the pretrial conference is continued to **<u>March 11, 2014, at 9:30 A.M.</u>** in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, Florida.

###

<u>Copies to:</u>
Plaintiff
Defendants