

**ORDERED in the Southern District of Florida on January 31, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

NNN AVENTURA HARBOUR
CENTRE, LLC,                                     Case No. 13-32195-BK-RBR

    Debtor.                                    Chapter 11
_____/

NNN AVENTURA HARBOUR
CENTRE, LLC,                                     Adv. Pro. No. 13-1830-RBR

    Plaintiff,
v.

NNN AVENTURA HARBOUR
CENTRE 1, LLC, et al.,

    Defendants.
_____/

## ORDER CONTINUING HEARINGS

THIS MATTER came before the Court for a hearing on January 29, 2014, upon the Defendants' Motion to Dismiss Adversary Proceeding and Request for Judicial Notice [D.E. 51, 52] and Plaintiff's Response [D.E. 90] thereto; Plaintiff's Motion to Strike the Motion to Dismiss [D.E. 54] and Defendants' Response [D.E. 55] thereto; Plaintiff's Motion for Summary Judgment

[D.E. 42], Defendants' Response [D.E. 85], Defendants' Motion to Continue Hearing [D.E. 76], and the Noteholder's Response [D.E. 89] thereto; Plaintiff's Motion to Shorten Time to Respond to Discovery [D.E. 67], Defendants' Response [D.E. 77], and Plaintiff's Reply [D.E. 88] thereto. Upon review of the Motions, Responses, Replies, case file, and argument of the parties, it is

**ORDERED** that the hearing on all of the above-referenced Motions are **CONTINUED** pending further order of the Court after the Court has rendered a ruling on the Motion to Dismiss [D.E. 113] in the main case (13-32195-RBR).

###

*The Clerk shall furnish a copy of this Order to all parties of record.*